[No. 25932-0-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE LEE COZAD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02763-1, Stephanie A. Arend, J., entered May 8, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 27100-1-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP GONZALES SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00494-0, Robert L. Harris, J., entered March 12, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[Nos. 27339-0-II; 27779-4-II.   Division Two.   March 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY LEE BOGGESS, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 01-1-00042-4, H. John Hall, J., entered May 8, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 27657-7-II.   Division Two.   March 25, 2003.]

JEFFREY L. AKINS, ET AL., *Appellants*, v. WILLIAMS COMMUNICATIONS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 00-2-01540-1, David R. Draper, J., entered July 30, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Bridgewater, JJ.